# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DR. MARLA K. HIRES, | ) |
| | ) |
| Plaintiff, | )   Case No.   2:18-cv-13689 |
| v. | ) |
| | )   Hon. Laurie J. Michelson |
| PROMEDICA HEALTH SYSTEM, INC., | ) |
| | )   Magistrate Judge David R. Grand |
| | ) |
| Defendant. | ) |

_____

ANGELA WALKER (P67625)  
DAVID M. BLANCHARD (P67190)  
BLANCHARD & WALKER, PLLC  
Attorneys for Plaintiffs  
221 N. Main Street, Suite 300  
Ann Arbor, MI 48104  
(734) 929-4313  
walker@bwlawonline.com  
blanchard@bwlawonline.com  

JENNIFER J. DAWSON (P81508)  
MARSHALL & MELHORN, LLC  
Attorney for Defendant  
Four SeaGate, Eighth Floor  
Toledo, Ohio 43604  
(734) 419-249-7100  
dawson@marshall-melhorn.com  

_____

## STIPULATED ORDER OF DISMISSAL

Upon the stipulation and agreement of the parties, and the Court being otherwise fully informed in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter shall be DISMISSED with prejudice in its entirety and without costs and/or attorney fees assessed against any party.

THIS ORDER DISMISSES THE LAST REMAINING CLAIM AND CLOSES THE CASE.

IT IS SO ORDERED.

Dated: September 22, 2020

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Stipulated and agreed to:

| /s/ Angela L. Walker | /s/ with consent of Jennifer J. Dawson |
|---|---|
| Angela L. Walker (P67625) | Jennifer J. Dawson (P81508) |
| David M. Blanchard (P67190) | MARSHALL & MELHORN, LLC |
| BLANCHARD & WALKER, PLLC | Four SeaGate, Eighth Floor |
| 221 N. Main Street, Suite 300 | Toledo, Ohio 43604 |
| Ann Arbor, MI 48104 | (734) 419-249-7100 |
| (734) 929-4313 | dawson@marshall-melhorn.com |
| walker@bwlawonline.com | |
| blanchard@bwlawonline.com | Attorney for Defendant |

Attorneys for Plaintiff